IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | CRIMINAL NO. 15-180-8 |
| | : | |
| LEVERN JACKSON | : | |
| | : | |

# ORDER

**AND NOW,** this 8th day of May, 2017, upon consideration of "Defendant Levern Jackson's Motion to Join Motions for Mistrial and Memoranda of Law Filed by Co-Defendants" (doc. no. 895), it is hereby **ORDERED** that Defendant's motion to join is **GRANTED**.

        **BY THE COURT:**

        _/s/ Mitchell S. Goldberg_____
        **Mitchell S. Goldberg, J.**